Decided January 3, 2001

RAMON SANCHEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Ramon Sanchez' petition for certification for appeal from the Appellate Court, 60 Conn. App. 911 (AC 18999), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided January 3, 2001